THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. THEODORE DIXON, Appellant.

(Argued January 14, 1920; decided January 30, 1920.)

APPEAL from a judgment of the Supreme Court rendered June 18, 1919, at a Trial Term for the county of Bronx, upon a verdict convicting the defendant of the crime of murder in the first degree.

*James J. FitzGerald* and *Albert H. Vitale* for appellant.

*Francis Martin,* District Attorney (*Charles B. McLaughlin* and *Albert Cohn* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.